**Exhibit A to the Complaint**

**Location:** Albany, CA

**Total Works Infringed:** 132

**IP Address:** 73.252.139.243

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 0FDF295A89E5BCF3F6CC2428B29DE014B06BD4EE | Vixen | 02/09/2018 11:28:34 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 2 | 006E2B503A1FBBD4D48A761ECF00F3FB9D34EEB8 | Blacked | 11/09/2017 20:32:24 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 3 | 00AF2B3B77914D9AA143A835B1871351E4AFF2DC | Tushy | 09/15/2017 08:20:55 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 4 | 00F67D74E93E2097A4227666C3BBEB06002FC931 | Blacked | 06/15/2017 00:20:43 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 5 | 02791108D7131FCB092E3D215CB5AC43606F7E3B | Blacked | 07/27/2017 17:22:02 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 6 | 047784A7FA2622BC4106061C3CD3B97FDEFB78EF | Blacked | 11/02/2017 13:36:02 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 7 | 058D04E0778C8942AF6BC27B1D4E09D0990C5E42 | Vixen | 01/25/2018 09:52:38 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 8 | 0C166F13618C3D328D77042D88C784D24F24E688 | Blacked | 05/09/2017 03:23:40 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 9 | 0FB3C802C80BFA601D4284B2E714E4C9B3FFFE66 | Vixen | 07/27/2017 20:57:41 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 10 | 102A70378E09E01AC560A1C91D13C5735661917B | Blacked Raw | 01/19/2018 10:36:32 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 11 | 106E959A3E941A5E6D43D9D73979576C5ACE32B4 | Tushy | 06/10/2017 22:56:30 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 12 | 11193F76D3E9B899FCC7A13031A9CBBA957C65B5 | Blacked | 08/26/2017 23:26:02 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 13 | 160ECEEA5B523B39B000E38041F05BEDACC8499E | Tushy | 10/14/2017 04:21:05 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 14 | 18EB2F560AEF3CF7ED30524CEAE2D8864F1CE539 | Tushy | 12/17/2017 01:06:08 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 15 | 1F28AB911F317BC129D626DDE8CE3305BECDAC5B | Blacked Raw | 11/14/2017 13:30:35 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 16 | 226EC90B8929069E09B290F93C72E2B4B4248712 | Vixen | 10/07/2017 19:54:15 | 10/06/2017 | 10/22/2017 | 15918925981 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 22D7E6DF1C65E9AA355C984C40F03C655B5CACAA | Tushy | 10/10/2017 11:14:46 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 18 | 23DA1BC9FF6B6FE93283EA50886E10498C5BDBA2 | Vixen | 07/27/2017 18:13:13 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 19 | 24D183C021EE80727AD3E5CDCBA29908F967551D | Tushy | 07/28/2017 00:08:15 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 20 | 27341783BE14CE03440F919D648C399D573BFB93 | Blacked Raw | 11/04/2017 10:53:12 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 21 | 2AEFD3B70B976AF609F8C81C9ED1C55276A44182 | Blacked | 01/03/2018 08:08:37 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 22 | 2BFA421C3201AE5FECBF696B624DB42EE8C301EB | Blacked | 10/29/2017 03:09:32 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 23 | 2C2E7A1117E64C6CFCA40FC8417D5198FCF80AB7 | Blacked | 11/27/2017 13:23:33 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 24 | 36A99E47BEFDF9499523E47BFF0E0F41E1D2D5A4 | Vixen | 08/04/2017 05:30:54 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 25 | 37D7BFBCB8F272903A7D9E3421759DD46FC8756B | Tushy | 08/05/2017 23:45:59 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 26 | 38680D8D5EE111AEF0539A050609008DB1AEE65F | Blacked | 08/24/2017 21:31:30 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 27 | 3A15971ABBCDCEE9340394C050602AF70659D1CF | Blacked | 01/07/2018 13:08:11 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 28 | 3AAB4C45E258B4142FC2476DE0B5496ACFD732F5 | Blacked | 10/29/2017 05:46:38 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 29 | 3C6CA905FFDFD1A9B644D28AA85BE7FBF1B4E1D3 | Blacked | 08/27/2017 13:41:53 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 30 | 4043C8B5B0C2F45F0E1A0181A7D428E84E3B0C84 | Tushy | 05/30/2017 02:02:42 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 31 | 429C0B2528CEE9303A795151CBF660E4EC24EB69 | Vixen | 05/30/2017 11:28:48 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 32 | 43AE4A997A5962EA2BB74180C019E9CE7917C167 | Blacked | 08/08/2017 23:29:35 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 33 | 43B9BD55A6B0A202C5E60B6E23B334B72979D6CB | Vixen | 07/27/2017 19:44:06 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 34 | 4411AD93E366D1B3AA3B21E0A4C2AF1156857519 | Blacked | 07/27/2017 19:36:26 | 07/09/2017 | 08/17/2017 | PA0002077662 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 44270BB3F571FA8B9685BA06A42359FD74BCDD2A | Blacked | 07/27/2017 17:45:21 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 36 | 46B121583760EFE049D4786CCCBACB1F104898F4 | Vixen | 08/06/2017 00:35:17 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 37 | 46CF740947E44307646E4A46758A12F3B109171D | Vixen | 10/13/2017 04:57:45 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 38 | 4994C43979673360AB1CDA4614B89BBC701DD560 | Tushy | 06/17/2017 22:34:22 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 39 | 4E70C53B7F35CF9748AFF8E2F71DD014EC284C48 | Vixen | 09/07/2017 18:56:56 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 40 | 518964999E01AC40CA5E5F800760D6A78C087A11 | Blacked Raw | 01/09/2018 02:32:14 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 41 | 52E474F9C0CD6CC638C2A6EAA217DA149C8DB0F6 | Tushy | 09/19/2017 00:50:58 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 42 | 55745AA767A4C9DE0B980067F7126747FA836258 | Vixen | 09/02/2017 04:30:05 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 43 | 559701348FFB4A7444181A8640740CE68383140E | Tushy | 08/26/2017 02:28:27 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 44 | 559E96A44389071945F14C74619080E051CF03FD | Blacked | 01/14/2018 06:11:02 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 45 | 55FCBE0133F7C354A7947FED6E9570169FE23372 | Vixen | 05/05/2017 01:58:56 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 46 | 581F10CB8CDB7B336DD41815E00582B218AC439F | Blacked | 11/23/2017 19:01:24 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 47 | 5A1578F290958E0004C7CEEEC236D17EEAF280E3 | Vixen | 10/29/2017 03:18:36 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 48 | 5B20956C62FA279164814A3D740B70D50B3B3F0C | Tushy | 02/06/2018 11:23:00 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 49 | 5B56F4B2B582E41FF3A29B1A5A6147AEF53062EC | Blacked | 11/18/2017 13:42:12 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 50 | 5D6DAD6FF3861EA7031AE8374CD09608676FCA9D | Blacked | 05/05/2017 01:55:02 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 51 | 5DE4A83F2B0B85D705C9B68F14AB7A178AE395CB | Vixen | 08/19/2017 22:08:23 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 52 | 5F9C9E161F3D3043FFED82333644A36674A7E8CE | Tushy | 07/27/2017 22:21:26 | 07/15/2017 | 08/11/2017 | PA0002075050 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 6129DF2BC00E3BB556B1C4651A1B15493D7DD753 | Blacked Raw | 12/14/2017 11:02:57 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 54 | 66398382BCC2E15DC09127A577F3CCE8AE511CF9 | Vixen | 11/26/2017 17:46:16 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 55 | 683EDA3A151B7018A68200F3FFB2950F3EBE8912 | Tushy | 01/13/2018 12:11:40 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 56 | 6932125093B1A57E3B0E019E29E397E4362EA9BD | Blacked Raw | 01/14/2018 15:27:36 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 57 | 69B552439A720835D44B43E17FCE4A726620DBD0 | Blacked | 10/04/2017 17:09:53 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 58 | 6A694B86E4E3ED54651AF9A738D7570002FB92DA | Tushy | 06/05/2017 21:59:24 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 59 | 6EF473A6B4528FF0C9472D36DDD8E388B22D1C79 | Tushy | 07/28/2017 01:18:50 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 60 | 6FAEFBB8500F02F36DB5BA0BD528BC161720C2C3 | Blacked Raw | 10/29/2017 03:29:58 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 61 | 71A9DB3FA278D833522F83983A4F4EBE09DDD0B9 | Vixen | 01/14/2018 12:15:22 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 62 | 7387889BD89386181DABDE59BC9B1F6497A763A4 | Tushy | 05/13/2017 00:15:34 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 63 | 73AC968F579D3CEDF0AC65C1FC87222D91FC6FBF | Blacked | 05/05/2017 01:01:55 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 64 | 74C4E0626D2C2D57BC9D2BE4DB4D96C6E869F63B | Tushy | 10/29/2017 08:18:07 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 65 | 74C6FA9321CCAE3648F990241B504B6602D8DA80 | Blacked | 05/05/2017 23:29:31 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 66 | 74CBFD8B946C0703843B5F2C048FA0796E2FC02D | Vixen | 06/09/2017 20:56:43 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 67 | 77D033240609C7F0C30C706F4065D0589DDDF1B7 | Blacked | 05/11/2017 07:33:16 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 68 | 7808FC1B7A6C91DFDB7106F18FC89FE8B67E090C | Tushy | 11/18/2017 14:18:49 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 69 | 78D2E294F72EA3394ADE289A61663828D32D1423 | Blacked | 07/27/2017 17:29:37 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 70 | 79C26206370D9F7EA92797E4C82E75AA828F7AB4 | Vixen | 05/05/2017 02:04:34 | 04/29/2017 | 06/15/2017 | PA0002037568 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 7E4395BAFF191DC991024329CA5F6954EEA89C2C | Blacked Raw | 01/14/2018 01:17:14 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 72 | 863017594586E4F0795AC9C3CC6202E0A959C934 | Blacked | 12/24/2017 05:52:28 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 73 | 8742420740410209B222A5769F5021FB468C2276 | Blacked Raw | 01/14/2018 07:12:22 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 74 | 875EC13D98061694E27975A7974F6A9794AF64EF | Tushy | 01/02/2018 05:02:00 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 75 | 88F3D7EE24C733CB6036BB4595CCFA58BC916F7C | Tushy | 11/07/2017 07:38:44 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 76 | 8901AEFEAA2D8BF701F6867FD924E0642D8F123C | Tushy | 10/04/2017 11:30:29 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 77 | 8F9871FAC04AFAF32D4AB488F887016F5208D750 | Tushy | 10/29/2017 03:25:38 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 78 | 934AA466EE67450227AA3DC2671516FC476C4F42 | Vixen | 05/30/2017 14:21:30 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 79 | 9624FE4C5473BE1327A8F42846136A59174FC220 | Blacked | 07/27/2017 18:09:20 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 80 | 991EF6D190C3B367BC1AFA5575BA0C2031CC33D1 | Blacked Raw | 11/09/2017 03:02:37 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 81 | 9B3AF75B07B2C79E954E905B1194C9D212B8FCFA | Vixen | 07/27/2017 23:08:20 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 82 | 9C132B80E6B2D3C73E6356CC93AA4590D4E7943E | Tushy | 01/07/2018 02:22:43 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 83 | 9D0F22A79CDCDAF5096267B18862E2987AE70963 | Vixen | 06/04/2017 05:18:44 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 84 | 9F0F809516FE692361C9BA5E3EA45B96A2BF0B5B | Vixen | 12/20/2017 20:41:35 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 85 | 9F503728FA10F5484BB78234414D7A383ECA200B | Vixen | 08/08/2017 02:40:20 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 86 | 9FA3447E3637D6D04D74E56DB93718BD2ACA6D6B | Blacked | 10/10/2017 10:04:56 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 87 | A078D7F20A80C22F3EA2A75EB4EFFEFF87E68A64 | Blacked Raw | 12/25/2017 16:07:04 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 88 | A4A0EA2847B552F826C136AD23C634A6A29D5CC8 | Vixen | 10/04/2017 15:22:34 | 10/01/2017 | 10/10/2017 | 15894022684 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | AA2AC2C408AE82DFF1F1FB27A01974161B5B4971 | Vixen | 10/29/2017 08:22:35 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 90 | ADD82785B42309D2553855187995CB9103FA0F74 | Vixen | 11/12/2017 02:43:30 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 91 | AF284A04EB016AB4E99A8CE1CE2DC16651C4414E | Blacked | 08/09/2017 03:58:44 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 92 | AF641E7B15FDD81F3A9B1D1386001E2F6C8D48D4 | Tushy | 01/09/2018 02:54:37 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 93 | AF713CD81E4431401606441CD429DCF3501AC47B | Vixen | 09/18/2017 07:43:56 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 94 | B45216DC0B64BCA611FB0D7AE876EFB80E35D16F | Blacked Raw | 01/07/2018 03:37:36 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 95 | B48A5C7B920D4303E392D49AD1F7C883258172B2 | Tushy | 06/02/2017 01:41:29 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 96 | B70AAE4619A0E8D980625685039FD22B1304C8E3 | Tushy | 11/30/2017 08:10:17 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 97 | B7363E816D81A5FAE6418C9F45724B3B316CAC38 | Blacked | 12/30/2017 06:04:00 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 98 | B849B58B1BA2ACAEEA59F2CF043C6264968AC5DB | Tushy | 08/24/2017 22:01:47 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 99 | BB144C2DEFC6359D2F8789B35FC2ECE6CF49B8C8 | Vixen | 07/27/2017 17:42:06 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 100 | BFB2B95313B46890B26D639A35EB2E07BD8B730D | Blacked | 05/30/2017 02:03:58 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 101 | C0272472AF4A6A4C7CDF053E6153DE2D405DA10B | Tushy | 08/04/2017 22:03:33 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 102 | C08CA7B3A039172F1E32C68CAB60EB82E5848CD1 | Tushy | 07/31/2017 11:51:33 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 103 | C17B700250310E013C769371C7529BF0B1C6DBC4 | Blacked | 12/07/2017 13:05:25 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 104 | C4FFF3C009FA6AF6DA9E8E094386893443E80513 | Blacked | 01/15/2018 21:13:30 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 105 | C5A3BB60105BE1DF0DAD1711D68C58FED2F02E57 | Vixen | 08/18/2017 06:23:15 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 106 | C60CE7DB09CA47DC29995BBF77ACE148872E3A29 | Vixen | 05/09/2017 23:27:02 | 05/09/2017 | 06/22/2017 | PA0002039298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | C6E93038CBF7571719CD992EB0FB2E6A07A41DEA | Blacked | 12/13/2017 12:42:34 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 108 | CA3CEE9F2C68D972463322FD3238A1C1D566D334 | Blacked | 07/30/2017 01:55:08 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 109 | CB89F0A1E7798AADF793D0D0D322887FE2857CAA | Vixen | 05/07/2017 22:24:30 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 110 | CCC958BE7A5C3DB66F3121C678EBC8370C3BF1A7 | Blacked | 05/16/2017 00:16:34 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 111 | CE16AD24D1834D000A9F62256F24A18084F118F4 | Vixen | 09/01/2017 03:17:29 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 112 | D433113E00067E4156DE53DB28C12DDF89BCB4D2 | Blacked Raw | 11/30/2017 09:10:23 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 113 | D5EB98B05C472B02CB909BE6C1DBD69C2542E221 | Blacked Raw | 12/21/2017 14:11:02 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 114 | D65F87A53D95824A1341274110A2E4065CC57F82 | Vixen | 01/03/2018 05:35:27 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 115 | D6AE69D20502E82FF1154D5428901247E9EDD2CA | Tushy | 10/04/2017 13:37:22 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 116 | DBBB66F82D56FACEDA070801AB1E7C6E79706785 | Blacked | 10/13/2017 04:36:32 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 117 | DD6CB1846CD2CDBD357DDFAA76F8DF3B8E1B615A | Tushy | 07/27/2017 22:07:30 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 118 | DE6048474424D363F61363F4ECB12F04B7925D28 | Blacked | 08/29/2017 03:23:27 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 119 | DF3539F4CB4CA78A2588712DED465ADBC4B1F9CB | Vixen | 06/17/2017 09:52:08 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 120 | E127B4311C3FC5166CDED724F11EB2E5BFDB30DE | Blacked | 11/08/2017 02:24:53 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 121 | E135150E6D0CBC3A909A87CBBA2A6AD125509696 | Tushy | 12/24/2017 05:47:29 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 122 | E3B4C39569D6BE2D45BAF46F4FBE3F1B08E70292 | Tushy | 08/10/2017 02:25:26 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 123 | E3B8DBA454643DD4858E6DB2A3E037DC17BF7440 | Vixen | 08/28/2017 02:39:02 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 124 | E577C497110DD929BE1E121169978A14F13893B7 | Tushy | 12/13/2017 09:49:11 | 12/12/2017 | 01/04/2018 | PA0002069349 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | E6784142DDE00CCE95E96D2EDF2285B9FDE24468 | Tushy | 07/27/2017 22:37:39 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 126 | EDADB96B75CB77658CEDFC567D57DC6E3762CAAB | Blacked Raw | 01/23/2018 13:54:27 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 127 | EDD49DAA740EE43910EBA4A124C8824B5D0E0A8A | Tushy | 05/07/2017 21:46:35 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 128 | EF4978A607EC05CDC71195AD327F3F0EA6E5D977 | Blacked | 11/12/2017 03:04:49 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 129 | F67711CC46DB6D529E3F9211310C89B06FEF19F2 | Vixen | 12/21/2017 07:28:18 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 130 | F942A1E54B0318683F2E81EA80B3FC56D388F42D | Vixen | 11/06/2017 08:46:29 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 131 | FCFA047BE60BE0E23278A9D6A4EE617E2EF9AE81 | Tushy | 12/20/2017 18:28:29 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 132 | FDA63EAFBB918114ECF73B8475BDD30A109AF002 | Vixen | 01/15/2018 15:23:58 | 01/14/2018 | 01/20/2018 | 16223964582 |