UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-01951-MEJ |
| Plaintiff, | Honorable Maria-Elena James |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.252.139.243, | **[PROPOSED]** ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and adjourning the Initial Case Management Conference currently scheduled for June 28, 2018, and the Court being duly advised in the premises does hereby:

1

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service and Adjournment of Case Management Conference
Case No. 3:18-cv-01951-MEJ

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until September 6, 2018 ~~October 8, 2018~~ to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for June 28, 2018 is adjourned sine die.

SO ORDERED this __25th__ day of _____June_____, 2018.

A Initial Case Management Conference is scheduled for October 18, 2018 at 10:00 a.m.

By: _____
United States Magistrate Judge
Honorable Maria-Elena James

IT IS SO ORDERED
Judge Maria-Elena James

---

2

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service and Adjournment of Case Management Conference
Case No. 3:18-cv-01951-MEJ